United States District Court
Southern District of Texas
**ENTERED**
January 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROY JACKSON, TDCJ #01989547, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-21-3531 |
| SIAN SCHILHAB, VINCENTE SANTINI, JOHN/JANE DOE CONROE OFFICER, JOHN/JANE DOE MCCONNELL UNIT OFFICERS, RONNIE FAIMBA, BRANDON PULLIAN, and JOHN/JANE DOE ROBERTSON UNIT OFFICERS, | § § § § § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

For the reasons set forth in the Court's Order of Partial Dismissal, Severance, and Transfer signed on this date, the claims against **Sian Schilhab, Vincente Santini, and John Doe Conroe Officer** are **DISMISSED** without prejudice as barred by Heck v. Humphrey, 114 S. Ct. 2364 (1994), and may not be asserted again until the Heck conditions are met.

The claims against the **John/Jane Doe McConnell Unit Defendants**, if any, are **DISMISSED** without prejudice in light of the duplicative claims he asserts against them in Civil Action No. 2:21-cv-285 (S.D. Tex. 2021).

The claims against **Ronnie Faimba, Brandon Pullian,** and **John/Jane Doe Robertson Unit Defendants**, if any, are **SEVERED** and

**TRANSFERRED** to the Northern District of Texas, Abilene Division, as set forth in the Court's Order of Partial Dismissal, Severance, and Transfer.

This is a **FINAL JUDGMENT**.

The Clerk of Court will provide a copy of this Order to all the parties of record.

SIGNED at Houston, Texas, on this 20th day of Jan., 2022.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE