IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE

## AMENDED FORM

Roy Jackson #1989547
Plaintiff's Name and ID Number

McConnell
Place of Confinement

CASE NO. 1:22-cv-00003-C
(Clerk will assign the number)

v.

Official Capacity   P.O.Box 12308
Sian Schilhab   Capitol Station, Austin Tx. 78711
Defendant's Name and Address

Official Capacity   1 Criminal Justice Dr.
Vincente Santini   Conroe, Tx. 79601
Defendant's Name and Address

Official/Personal Capacity
Ronnie Faimoa 12071 Fm.3522 Abilene, Tx. 79601
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? \*  YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: Not sure

        2. Parties to previous lawsuit:
            Plaintiff(s) Not sure Roy Jackson
            Defendant(s) Not sure

        3. Court: (If federal, name the district; if state, name the county.) Southern/NORTHERN

        4. Cause number: Not sure

        5. Name of judge to whom case was assigned: Not sure

        6. Disposition: (Was the case dismissed, appealed, still pending?) Dissmissed

        7. Approximate date of disposition: Not sure

II. PLACE OF PRESENT CONFINEMENT: McConnell

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     ___YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Roy Jackson 3001 S.Emily Dr.Beeville Texas 78102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sian Schilab General Counsel,(Appeals Court State) P.o. Box 12308 Capitol Station,Austin,Tx.79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Had prison Staff Create a Danger to Plaintiff
Had prison staff interfere with a natural process of habecorpus

Defendant #2: Vincente Santini Assist.District Attorney Montgomery County,1 Criminal Justice Dr.Conroe Tx.77304

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Had Detective's,Jail,Prison,Staff Create a danger to Plaintiff
Had Detective's,jail,prison staff interfere with Trial & Appeal

Defendant #3: Ronnie Faimoa Corrections officer,Robertson Unit 12071 Fm 3522 Abilene Tx.79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
11-10-18 Punced me in the Head threw my Idin toliet.Took Property
12-19-17 Punched me over 20times,Caused scars on face.

Defendant #4: Jose a. Roa Corrections officer,Robertson unit, 12071 Fm 3522 Abilene,Tx.79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
12-19-17 Excessive use of Force Punched in face and scarred.

Defendant #5: John Doe Corrections officer,Robertson Unit, 12071 Fm 3522 Abilene,Tx.79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
3-16-18 Grabbed and twisted Plaintiffs Penis & Testicles,causing pain

Full Name of each defendant, his official position, his place of employment, and his full mailing address. Continued from page 3

Defendant 6: Robert Deleon, Sargent, Robertson unit, 12071 Fm 3522 Abilene, Tx. 79601

Briefly descibe the act(s) or omission(s) of this denfendant which you claimed harmed you.

11-10-19 Was sparayed with chemicals for no reason but to hurt plaintiff Blisters on my back

Defendant 7: Victor Taylor, Corrections officer, Robertson Unit, 12071 Fm 3522 Abilene, Tx. 79601

3-16-20 Moved and was punched over and over to punish & hurt plaintiff.

Defendant 8: Brandon Pullian, Sargent, Robertson unit, 12071 Fm 3522 Abilene, Tx. 79601

3-16-20 Dressed up like another officer to beat me up. Tyler Dhiel is logged on state records, but it was not him. 10-31-20 stomp on religous it

Defendant 9: Preston Watts, Sargent, Robertson Unit, 12071 Fm 3522 Abilene, Tx. 79601

10-31-20 Came to door sprayed me twice to hurt plaintiff with other Sargents. Had other Sargents cover door. Called plaintiff Faggot.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The State & County Attorneys, are using state actors to influence the outcome of Habeus corpus. I filed state habeus 7-28-17 & was wrote over 30 disciplinary case's, and assualted by staff, as well as offenders. I complained to the Montgomery county court & Appeals Court and the Appeals court held my appeal for three years. The state attorneys had me targeted because i never admitted to the crime and it empowered state actors to commit hate crimes because im gay, native american, and the prison staff called me a child molester. 12-19-17 Ronnie faimoa, Jose a Roa beat me and scared my face. 3-16-18 (John doe) Grabbed my testicles and penis & twisted them. The prison refuse's to tell me who he is. 11-10-18 I was punced in the head by Ronnie Faimoa & he threw my Id and 30 stamps in the toliet. Took 500 in property. 11-10-19 Robert De leon sprayed me because he wanted to hurt plaintiff i never got wrote up for anything 11-10-19. 3-16-20 Victor Taylor & Brandon Pullian punched me. 10-31-20 Preston Watts assualted me with chemical. Had Sargents lie & cover door. Brandon took religous item & stompedon it

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

500,000 Copensatory, 500,000 punitive, Preliminary Injuction, Policy Change Tdcj, Federal Criminal Investigation, Mediation, Plaintiff to file Federal Criminal Complaint

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Roy Jackson JR.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1989547

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __*__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied?  ____YES ____NO

4

    C. Has any court ever warned or notified you that sanctions could be imposed?   \_\_\_\_\_ YES  _✻_ NO

    D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

        1. Court that issued warning (if federal, give the district and division): _____

        2. Case number: _____

        3. Approximate date warning was issued: _____

Executed on: **3-23-11**
           DATE

                                    Roy Jackson Jr.

                                    (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **23** day of **March**, 20 **22**.
        (Day)           (month)         (year)

                                    Roy Jackson Jr.

                                  (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Case # 1:22-cv-00003-C  3-23-22

Clerk,

Please be informed that i have payed for this compliant. According to the federal rules i have to file it where the nearsest district court is. Where im at its the southern district.

SEE Civil case H-21-3531 Was filed in the Southern district court and has been payed for. The Defedants in the case in this court came from that case and was transfered.

I will not pay for this case again because it was transfered to the North District when the plaintiff's in the southern district where plaintiff is lawfully aloud.

If the court does not want the case then the court needs to send it back to the southern district with this amended compliant. Under H-21-3531.

Im about to file under International Law a compliant on how the prison and the courts work together to keep the abuse of prisoner going and when the prisoner's file a compliant the courts bend the Rules of the court to block prisoner, from any relief. Maybe the D.O.J. will get involved.

Everything happen to me and that is fact.
All the court has to do is look at every
USE OF FORCE VIDEO AND LOOK AT MY DISCIPLINARY RECORD
AFTER I FILED MY APPEAL.

The prison is like a kiddnapper that held me for 3 years to protect the prison staff and state officials.
I know that if the plaintiff kiddnapped a person to keep a victim from filing charges on him i would go to prison and the prison staff are not immune from the law.

I also request the court the F.B.I. to investigate my sexual assualt and the hate crimes committed on me.
The State refuse's to invetigate its own people, because it told them to do it.

3-23-22   _____

RECEIVED

MAR 2 8 2022

CLERK U.S. DISTRICT COURT
NORTHERN DIS...




SAN ANTONIO RIO GRANDE D... 25 MAR 2022 PM

Roy Jackson #1989547
3001 S.Emily Dr
Beeville,Tx.78102

Office of the Clerk
Northern District of Texas
P.O. Box 1218
Abilene,Tx.79504

Legal Mail

RECEIVED
MAR 28 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Civil # 1:22-cv-00003-C

79604-121818

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION