IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ROY JACKSON, Institutional ID No. 01989547 | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:22-CV-00003-C |
| RONNIE FAIMOA, et al., | § § § | |
| Defendants. | § § | |

**JUDGMENT**

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated December 19, 2022.

_____
SAM R. CUMMINGS
Senior United States District Judge